FILED APR 28 '22 PM 1:25 USDCALS

22-cv-167-CG-B 4/22/22

TO: WHOM THIS MAY CONCERN

MY NAME IS ORLANDO MORRIS AND I AM A INMATE HERE IN THE FAIRHOPE CITY JAIL. THIS IS MY INITIAL COMPLAINT I AM FILING TO THE FEDERAL CLERKS OFFICE OF MOBILE, ALABAMA 36609 AGAINST THE MAYOR AND THE CITY OF FAIRHOPE JAIL.

EX-1 VIOLATION OF MY CONSTITUTIONAL RIGHT. 14TH AMENDMENT I WAS AND AM BEING DEPRIVED BY JAIL ~~[redacted]~~ 4/24/22 SUPERVISOR AND STAFF, OF INFORMATION OF ADDRESSES AND PHONE NUMBERS I NEED TO FILE COMPLAINTS. ALSO THIS PRESENT COMPLAINT I AM WRITING TO YOU. I WAS BLESSED ENOUGH TO GET THIS ADDRESS FROM A FELLOW INMATE MR. VIRGIL MITCHELL WHO WAS ARRESTED 4/9/22 HIS INFORMATION IS (251)278-4090 407 YOUNG STREET 36532. HE IS THE REASON I AM ABLE TO FILE THIS COMPLAINT. I WAS AND HAVE BEEN DEPRIVED OF THIS SINCE 1/2/22 WHEN I ASKED MR. ROGERS FOR SUCH INFORMATION. HE (ROGERS) ALSO ADVISED HIS STAFF NOT TO GIVE OUT ANY INFORMATION TO INMATES OF ANY SORT PERTAINING TO ADDRESSES TO FILE OR GET HELP LEGALLY. HIS STAFF CONSIST OF MS. ADCOCK, MS. COOPER, MR HEMPFLING, MS. KAYLA I DO NOT KNOW HER LAST NAME, MR. MCCORY, MR. GOODWIN, MS. PRUITT, & MR. COEHOON. I NEEDED ADDRESSES SO I COULD WRITE SOMEONE CONCERNING GRIEVENCES I FILED WHILE HERE IN FAIRHOPE JAIL FROM ~~[struck]~~ 12/18/21 - 12/24/21 AGAINST INMATE MATTHEW PEOPLES AS WELL AS AGAINST OFFICER COEHOON FOR ASSAULTING ME ON 12/23/21.

(ROGERS) HE AND I HAD THIS DISCUSSION ON 1/2/22 IN BOOKING AT THE DOOR OF MEDICAL WATCH. HE TOLD ME HE DID NOT HAVE TO ~~ANYTHING OF~~ GIVE ME ANY THING. ALL OF THIS IS OR AT LEAST SHOULD BE ON CAMERA. IN MY GRIEVENCES THAT I'

FILED ARE ACTUAL DATES, TIME AND NAMES OF ALL INCIDENTS. I HAD GIVEN MR. MITCHELL A STAMPED ENVELOPE SO HE COULD ADDRESS THE 11TH CIRCUIT COURT OF ATLANTA, GA OF HIS STATUS AND CURRENT SITUATION CONCERNING HIS BUSINESS WITH THEM. HE WAS REFUSED THE ADDRESS TO THE COURTS AS WELL AS HIS CASE # NUMBER HERE AT FAIRHOPE CITY JAIL BY OFFICER HEMPFLENG. HE TOLD HIM TO GET IT WHEN HE GET IN COURT. THIS HAPPENED IN FRONT OF CELL #3 DURING HIS ENCARCERATION PERIOD. 4/9-4/25. I DO NOT KNOW THE EXACT DATE OR TIME. BUT CONVERSATION AND ACTIONS SHOULD BE ON CAMERA CONCERNING THIS INCIDENT. ALSO TO FURTHER GO ON I RECALL MR. JOHN SINCLAIR HAD PROBLEMS GETTING ADDRESSES HIS MOM BROUGHT HIM ON VISITATION, HIS DAUGHTER ADDRESS. HIS WAS TOLD HE COULD NOT GET HIS STUFF UNTIL RODGERS VIEWED THEM, HIS INFORMATION IS JOHN SINCLAIR 11450 MARSHALL LN 36532 (251) 508-0868 HE ALSO KNOW OF GRIEVENCES I FILED WHILE HIS STAY HERE FROM 1/6/22 - 2/18/22. HE ALSO WROTE A DAILY JOURNAL WHICH HE ENTITLED 45 DAYS OF HELL IN THE FAIRHOPE CITY JAIL. IT CONTAINS EVIDENCE OF MY ALLEGATIONS I AM COMPLAINING OF.

THIS IS CLEARLY INJUSTICE AND RIGHTS ARE BEING TRULY VIOLATED HERE AT THIS JAIL

P.S. I DID NOT FILE A GRIEVENCE FORM OF RODGERS AND MY CONVERSATION BUT THERE SHOULD BE FOOTAGE OF US CONVERSING ON 1/2/22 IN BOOKING STANDING IN THE DOOR ENTRANCE TO CELL AFTER MY RETURN FROM HOSPITAL ABOUT GETTING ADDRESSES TO GOVERNMENT OFFICES FOR HELP WHICH HE SAID HE AIN'T GOT TO GIVE ME ANYTHING AND TO THIS DATE HE STILL HAVE NOT!

EX-2 ASSAULT WITH EXCESSIVE FORCE (PUTTING HIS HANDS ON ME FOR NO APPARENT REASON) I WAS NOT DISRESPECTFUL TO HIM NOR WAS I AGGRESSIVE TOWARD HIM. I WAS SIMPLY EXPRESSING MY GRIEVENCE I FILED AGAINST INMATE MATTHEW PEOPLES, FOR INDESCENT EXPOSURE IN HIS CELL AS WELL AS THE DAY AREA, HE WOULD BE ALLOWED TO BE IN HIS CELL NUDE, PLAYING WITH HIMSELF AS WELL AS URINATING AND DEFECATING IN FACE BOWL OF HIS CELLS # 3 & 8. REGULARLY. WE WERE TOLD TO MIND OUR BUSINESS WHILE THIS TOOK PLACE BY OFFICERS ON DUTY. THESE INCIDENTS SHOULD ALSO BE RECORDED SINCE THEIR CAMERA LOOKS WELL INTO EVERY CELL HERE IN JAIL. THESE INCIDENTS TOOK PLACE OVER A PERIOD OF WEEKS FROM 12/18/22 THRU 1/22. I RECALL ONE VIVIDLY WHEN THIS HAPPENED, MY 1ST ONE, WHERE A INMATE WHO WAS HERE DURING THIS TIME ~~FRAME~~ NAME RENALDO GUIDOY WAS MADE TO LOCK DOWN BY MS. COOPER BECAUSE HE EXPRESSED HIMSELF ABOUT THE MATTER. I RECALL WRITING IT UP. THIS WAS MENTALLY TOUGH FOR ME, I FELT DISRESPECTED AND ALL THEY WOULD SAY (OFFICERS) IS THIS IS JAIL MIND YOUR BUSINESS OR ACT AS IF THEY DID NOT SEE HIS ACTIONS. THESE INCIDENT REGARDING MR. GUIDOY SHOULD BE RECORDED ALSO BETWEEN 12/18/22 AND 12/24/22. I REPORTED THIS BEFORE BEING TAKEN TO BE LOCKED DOWN IN BOOKING AREA. I ENDED UP GOING TO THE HOSPITAL ON 1/2/22 FROM BOOKING. UPON MY RETURN I ASKED ROKERS FOR ADDRESSES. THAT WAS THE TIME HE TOLD ME HE WAS NOT GOING TO GIVE ME NOTHING. THEN HE SAID HE WOULD, BUT ORDERED HIS STAFF NOT TO GIVE OUT ANY ADDRESSES TO ANY INMATES PERIOD.

HE NEVER GAVE THEM TO ME BECAUSE HE KNEW I WAS GOING TO FILE CHARGES AGAINST HIS OFFICER FOR ASSAULTING ME ON ~~12/23/~~ 12/23/22. IF AND WHEN YOU VIEW THAT RECORDING OF THAT DAY YOU WILL SEE THAT AFTER I LOCKED MYSELF DOWN HE (OFFICER COLHOON) AND MS. PRUITT RETURNED TO MY CELL AND SAID TO ME. "I GUESS NOW YOU ARE GOING TO PRESS CHARGES FOR ASSAULT." MY REPLY WAS "YES I AM" AND THEN SLAMMED THE DOOR THIS HAD TO OCCUR BETWEEN 4PM AND 6PM ON 12/23/22

THEY WERE ACTING AS IF THEY WERE ~~PROTECTING~~ DEFENDING MR. MATTHEW PEOPLES ACTIONS/BEHAVIOR AT ALL TIMES

EX-3 PROFILED | DEFIMATION OF CHARACTER

I HAVE BEEN PROFILED BY JAIL SUPERVISOR J. RODGERS TO INCOMING INMATES AFTER THEY HAD BEEN SENTENCED AND SCHEDULED TO COME BACK TO THE CELL OR ~~HOUSING~~ HOUSING AREA. (1) MR. JOHN SINCLAIR HE WAS SENTENCE TO 45 DAYS. HE WAS TOLD TO WATCH OUT FOR ME THAT I WAS A CUN ARTIST. MR. SINCLAIR INFORMATION IS 251-508-0848 11450 MARSHALL LN 36532. IT TOOK JOHN ABOUT A WEEK OR TWO TO SEE THAT RODGERS HAD LIED TO HIM ABOUT ME. IN FACT JOHN SAID TO ME THAT I WAS THE ONLY OTHER SANE PERSON IN THE BLOCK, COMPARED TO MOST OTHERS THAT WERE IN HERE. HE ALSO WAS HERE WHILE MATTHEW PEOPLES WAS INCARCERATED AS WELL. HE CAN SURELY ATTEST TO MY COMPLAINT HERE AND MY GRIEVENCES I FILED OF ACTIONS HERE AT THE FAIRHOPE JAIL. RODGERS ALSO TOLD (2) MORE INMATES THAT WAS HERE TO BE AWARE OF ME (1) MR. MICHAEL BLANKS (2) MR. ~~[illegible]~~ JACOB MIXON, ~~THE~~ 12/28/21 AND 1/15/22 THIS TOOK PLACE BEFORE MR MIXON LEFT TO GO TO THE COUNTY JAIL OF BALDWIN. IT TOOK PLACE IN THE VISITATION ROOM, IT SHOULD BE ON FILM AS WELL THE CONVERSATION BETWEEN MIXON AND RODGERS. RODGERS ALSO TRIED TO RAILROAD ME ON A INCIDENT THAT INVOLVED JOHN JARRETT, A PERSON HE KNOWS WELL DUE TO HIS FREQUENT STAYS HERE AT FAIRHOPE JAIL. THESE CONVERSATION TOOK PLACE ALSO IN THE VISITATION ROOM AREA HE TRIED TO GET GEORGE GIDDENS TO LIE ON ME. ON 3/4/22 JOHN USED RACIAL SLURS OUT LOUD KNOWING I WAS PRESENT IN THE AREA. INSTEAD OF DOING HIS JOB (RODGERS) HE ASKED ME WHAT I WANTED TO DO ABOUT IT. WE TALK OVER THIS IN

BOOKING RODGERS AND I. I STATED LEAVE HIM ALONE I WAS WILLING TO OVERLOOK AND FORGIVE HIM. RODGERS SHOULD HAVE DID HIS JOB RIGHT AND MOVED HIM REGARDLESS TO MY STATEMENT. RIGHT THEN I FELT DISRESPECTED HUMILIATED AND DISCRIMINATED AGAINST. HE REMAINED IN HIS CELL #4 UNTIL HE LEFT IN MAR. 2022. MR. GEORGE GIDDENS INFORMATION IS 8066 MANLEY RD 36532

YOU MAY HAVE TO CALL MR. SINCLAIR AND NOTIFY HIM TO WHO YOU ARE

EX-4 DISCRIMINATION

WHILE JOHN JARRETT WAS STILL HERE IN JAIL I CANNOT REMEMBER THE DATE, SO I GUESS I WAS BETWEEN 3/1 AND 3/9/22 A INCIDENT TOOK PLACE WHERE OFFICER COOPER DISPLAYED DISCRIMINATORY ACTIONS ALONG IN THE DAY AREA AT THE FOOT OF THE STAIRWELL. SHE CALL OTHER INMATES OVER TO HER AND MADE THIS COMMENT, "HE IS HERE FOR A LITTLE WHILE, SO YOU ALL JUST HAVE TO DEAL WITH IT. I WAS SITTING AT THE TABLE BY CELL #1 AND STAIRS WHEN SHE SAID THESE/THOSE WORDS. ~~THEN ANOTHER~~ ANOTHER INCIDENT INVOLVING MR JARRETT BEHAVIOR NOT EVEN HEARING MY STATEMENT, I FELT TRULY DISCRIMINATED TOWARDS WAS I WAS LOCKED DOWN BY MS. COOPER AND I KNOW SHE SAW HIS ACTION AND SHOULD HAVE HEARD. SHE SEE AND HEAR EVERYTHING ELSE JOHN WALKING AROUND IN HERE WITH SHOES TO BIG FOR HIS FEET IN THE DAY AREA. MS. AYCOCK EVEN ASKED IF HE NEEDED ANOTHER PAIR SHOES. HE MADE NOISE TO WHERE IT OVERSHADOWED THE T.V. BUT INSTEAD SHE (MS. COOPER) LOCKED ME DOWN AND ALLOW JARRETT TO REMAIN OUT OF HIS CELL THAT WAS VERY BIAS. THERE TOO I FELT DISCRIMINATED AGAINST BECAUSE OF HER ACTIONS TOWARDS ME. OH YEAH THIS IS WHEN SHE MADE THE COMMENT "HE IS HERE YOU HAVE TO DEAL WITH IT" ON CAMERA SHE THREW HER HANDS IN THE AIR AS WELL. ALSO ANOTHER INMATE BY THE NAME OF WINSTON CHANDLER GUATNEY FILED A GRIEVANCE AGAINST JOHN PRETAINING TO MAKING COMMENTS TOWARDS ME THE SAME DAY I DID ABOUT THE RACIAL SLUR

WINSTON CHANDLER GUATNEY INFORMATION IS ~~[illegible]~~ TURQUOISE

102

6664 TURQUOISE DR 36532 AND HE LIVES WITH HIS mom Ms JO ANN GUATNEY

EX-5 MENTAL ANGUISH/SUFFERING

DUE TO ALL THE OPPRESSION, FOOLISHNESS AND WICKEDNESS OCCURING TO AND AROUND ME DAILY HERE I AM PRESENTLY ENDURING, THIS IS VERY AGGREVATING TO GRASP OR CONCEIVED MENTALLY IT IS DISTURBING TO ME. OFFICERS DEPRIVING ME OF MY RIGHTS. NOT BEING ABLE TO HELP MYSELF LEGALLY BY INFLICTING AND AFFLICTING INJUSTICE TO ME. I HAVE ENDURED ALOT OF CRAP THAT I SHOULD NOT HAVE HAD TOO, BY THIS STAFF HERE AT THE FAIRHOPE CITY JAIL. THIS IS CHALLENGING MENTALLY TO BARE. TOTALLY UNNECCESSARY ADVERSITY. FROM PEOPLE IN AUTHORITY. WHOSE JOB IS TO PROTECT AND SERVE.

I WOULD LIKE IT IF YOU ALL WOULD PLEASE VIEW All MY GRIEVENCES FROM 12/18/21 TO THE PRESENT DATE. ESPECIAlly 12/18/21 THRU 12/23/21

I AM SEEKING COMPENSATION IN THE AMOUNT OF 11 MILLION DOllARS

RESPECTFUlly,

Orlando Morris

4/22/22

4/22/22

I HAVE SERVED 131 DAYS AS OF MAILING THIS LETTER ON 4/25/22. I HAVE ALSO VISITED THE HOSPITAL TWICE (2) SINCE BEING HERE 1/2/22 & 4/14/22 FOR NERVE AND BACK PAINS PLUS I SUFFER WITH BLOOD PRESSURE

THE REASON I HAVE THIS PEACE OF PAPER IN MY MAIL IS BECAUSE I TRIED TO MAIL A LETTER TO AN ATTORNEY ON THE SAME DAY I WROTE IT. IT CAME BACK TO ME BECAUSE OF THE WRONG ADDRESS IT ALSO HAD BE OPENED AND TAPED BACK CLOSED. THIS WAS LEGAL MAIL I SEALED IN FRONT OF OFFICER GOODWIN ONE EVENING. MR. BAYLES RETURNED IT TO ME ON 2/23/22 AT OR ABOUT 11:00AM OR 11:30AM. THESE EVENTS WERE ON CAMERA AS WELL. THE DATE I SENT THE MAIL OUT IS ON THE HEADING OF THE LETTER. I HAVE NOT OPENED IT SINCE I RECEIVED IT BACK

LEGAL MAIL IS PRECEIVED TO BE OPENED AND SEALED BEFORE OFFICER ON DUTY, BY INMATE BUT MINE RETURNED BACK TAPED.

I DO NOT HAVE ACCESS TO TAPE OR GLUE IN JAIL

ALSO MY PRINT ON BACKSIDE IN THE MIDDLE OF THIS ENVELOPE

I HAVE IN MY POSSESSION MY ORIGINAL COPY

THANK YOU

[signature]

1:59 P.M.

4/24/22

TODAY MR. JOHN SINCLAIR CAME TO THIS JAIL TO VISIT ME. WE DISCUSSED A FEW SUBJECTS ABOUT THIS PLACE AND HOW IT IS OPERATED. THAT VISIT AND PHONE CONVERSATION IS RECORDED PLEASE PULL IT ALSO AND GIVE IT A REVIEW IT IS A VITAL PART TO THIS COMPLAINT I AM FILING WITH YOU. HE STILL HAS HIS 45 DAYS OF HELL JOURNAL ALSO

JOHN SINCLAIR
11450 MARSHALL LN
FAIRHOPE, AL 36532
(251) 508-0848

"GOD IS GOOD"

HAVE A BLESSED DAY

SINCERELY YOURS,

[signature]

4/22/22

I HAD GOT OFFICER GOODWIN / HENDERSON TO LOOK UP 3 NAMES FOR ME. ~~LAWYER~~ LAWYERS FROM BIRMINGHAM
1) ROGER BURTON 205-930-5900
2) DARRYL BENDER
3) LUCIEN BLANKENSHIP
ON HIS PHONE, AND HE DID

I CALLED MR. BURTON 1 TIMES ON A MONDAY IN LATE DEC OR EARLY JAN. 22, WHEN THEY LOCKED ME DOWN IN JAN 22 RODGERS TOOK THOSE NUMBERS AND ADDRESSES FROM MY CELL HE OR HIS STAFF. SHOULD I SAY AND NEVER GAVE THEM BACK THAT IS WHY I MAILED THE LETTER I ~~HAD~~ HAVE HERE TO THE WRONG ADDRESS. IT WAS RETURNED TO ME ON 2/23/22 BY. MR. BAYLES ABOUT 11:00 AM OR 11:30 THIS IS ALSO ON CAMERA. THE LETTER IS TO ATTY BLANKENSHIP

HOW I KNOW THEY TOOK IT FROM ME I ~~SAW~~ SAW C.O. COLHOUN READING A LETTER I HAD WRITTEN TO MY WIFE DEC. 27TH OR 28TH. SHE FINALLY ~~REC~~ RECEIVED IT A MONTH LATER. I SAW HIM ON THE MONITOR FROM THE MEDICAL WATCH CELL DOOR. THIS TO SHOULD BE ON CAMERA BETWEEN DEC. 29TH - JAN 4TH 22 DATE ~~UNEXACT~~ UNEXACTLY KNOWN SPECIFICALLY.

I AM NOT CERTAIN BUT I BELIEVE RODGERS CALLED ATTY. BURTON'S OFFICE AND SAID SOMETHING BECAUSE HE STOPPED TAKING MY PHONE CALLS ON MONDAYS THAT WHEN WE GET FREE CALLS EVERY MONDAY HE MADE IT KNOWN TO HIS STAFF NOT TO GIVE ANYONE ANY ~~ADDRESSES~~. THEY ~~C.O.s~~ C.O.'S WOULD TO US RODGERS DID NOT WANT THEM TO GIVE ADDRESS AND # OUT.

Mr. Orlando Morris
107 North Section Street
Fairhope, Alabama 36532

MOBILE AL 366
26 APR 2022 PM 2 L

USA FOREVER
MACH SPEEDER

Fairhope Municipal Jail

"Legal Mail"
Federal Clerk Office
155 Saint Joseph Street
Mobile, Alabama 36609

36602-391455