# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ORLANDO MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 22-167-CG-B |
| | ) |
| SHERRY SULLIVAN, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) for failure to prosecute and failure to obey the Court's orders.

**DONE and ORDERED** this 26th day of August, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE